IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:05-cr-00019-1 |
| v. | ) | Judge Nixon |
| | ) | |
| JERRY SMITH, JR. | ) | |

## ORDER

Pending before the Court is Defendant Jerry Smith, Jr.'s Motion to Seal Document *Nunc Pro Tunc* ("Motion"). (Doc. No. 81.) Upon consideration, the Court **GRANTS** Defendant's Motion.

It is so ORDERED.

Entered this the __6__ day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT